```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
     Federal Building, Suite 7516
     300 North Los Angeles Street           E-FILD 05-23-08
     Los Angeles, California 90012               JS-6
     Telephone:  (213) 894-6739
     Fax:               894-7327
Attorneys for Defendant
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORI BROWN, | NO. CV 06-6782 PSG (FMOx) |
| Plaintiff, | [~~Proposed~~] ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE AND DISMISSING CASE |
| v. | |
| UNITED STATES OF AMERICA; and DOES 1 through 100, inclusive, | |
| Defendants. | Honorable Philip S. Gutierrez |

The Court has considered the Stipulation for Compromise and Release the parties filed.

THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement and Release is approved and this case is dismissed with prejudice, with each party to bear its own costs and fees, including attorney fees. The United States shall disburse the settlement proceeds when they become available as detailed in the Stipulation.

DATED: May 22, 2008

*PHILIP S. GUTIERREZ*

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE